USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
: 
ALONZA I. KNOWLES, :
:
                                Plaintiff, :      1:21-cv-2569-GHW
:
               -v – :
:
ST. BARNABAS HOSPITAL, et al., :
:
                           Defendants. :
:
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      In the Court's order dated April 1, 2021, counsel was directed to review and comply with the Court's Individual Rules of Practice in Civil Cases. Dkt. No. 4. Pursuant to the Court's Individual Rule 2(C), pre-motion submissions are required for motions to dismiss. Defendant St. Barnabas Hospital did not file a pre-motion submission before filing a motion to dismiss on April 19, 2021. Dkt. No. 10. Accordingly, that motion is denied without prejudice. If Defendant wishes to renew its motion at a later date, it is directed to do so in compliance with the Court's Individual Rule 2(C). Defendants are directed to serve a copy of this order on Plaintiff and to retain proof of service.

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 10.

      SO ORDERED.

Dated: April 20, 2021
New York, New York

                                                              GREGORY H. WOODS
                                               United States District Judge