USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
ALONZA I. KNOWLES,

                Plaintiff,

-v –

ST. BARNABAS HOSPITAL, et al.,

                Defendants.
------------------------------------------------------------ X

1:21-cv-2569-GHW

GREGORY H. WOODS, United States District Judge:

    The Court has received Plaintiff's April 27, 2021 Notice of Motion for Default Judgement, Dkt. No. 17. As the Court explained in its April 27, 2021 order, Dkt. No. 18, Defendants are not in default at this time, as the deadline for them to answer or otherwise respond has been extended to May 26, 2021. Accordingly, Plaintiff's motion for default judgment is DENIED without prejudice. Counsel for Defendants are directed to serve a copy of this order on Plaintiff and to retain proof of service.

    SO ORDERED.

Dated: April 28, 2021
New York, New York

                                              _____
                                                  GREGORY H. WOODS
                                               United States District Judge