UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
ALONZA I. KNOWLES,

                      Plaintiff,

       - against -

ST. BARNABAS HOSPITAL, et al.,

                      Defendants.
-----------------------------------------------------------X

21-CV-2569 (GHW) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Plaintiff has filed a notice of motion for summary judgment. (Dkt. 22.) Motions for summary judgment must adhere to requirements for such motions set forth in Rule 56 of the Federal Rules of Civil Procedure and Southern District of New York Local Rule 56.1. The motion does not conform to those rules as it is not accompanied by the filings required by those rules. Additionally, the motion is premature as Defendants have not yet answered and are not required to do so under the current deadline until May 26, 2021. Accordingly, the motion is denied without prejudice.

      SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 3, 2021
      New York, New York

Copies transmitted this date to all counsel of record. The Clerk's Office is respectfully directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

    Alonza I. Knowles
    2066 Morris Avenue, Apt. 405
    Bronx, NY 10453

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/2021