USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    ALONZA I. KNOWLES,

                     Plaintiff,

            -against-                         1:21-cv-2569-GHW

                                                  ORDER
    ST. BARNABAS HOSPITAL, et al.,

                    Defendants.
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The Court has received Plaintiff's May 7, 2021 letter to Judge Woods. Dkt. No. 26. Magistrate Judge Lehrburger has been assigned to this case by reference. Dkt. No. 24. Plaintiff is directed to address any correspondence with the court to Judge Lehrburger in the first instance.

The Clerk of Court is directed to serve a copy of this order on Plaintiff.

SO ORDERED.

Dated: May 9, 2021
New York, New York

                                                                     GREGORY H. WOODS
                                                           United States District Judge