UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALONZA I. KNOWLES,

                Plaintiff,

        - against -

ST. BARNABAS HOSPITAL, et al.,

                Defendants.
------------------------------------------------------------X

21-CV-2569 (GHW) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court is in receipt of Plaintiff's request for default judgment, received May 28, 2021 (Dkt. 37). Plaintiff bases his request on the alleged failure of Defendants to timely answer the Complaint. The Court, however, previously granted Defendants' requests to file a pre-answer motion to dismiss, and set a schedule for doing so. (*See* Dkts. 32, 34, 36.) Defendants' motions are due to be filed by **June 24, 2021**. Plaintiff's opposition is due **July 24, 2021**. Defendants' reply is due **August 7, 2021**. Accordingly, Plaintiff's letter application for default is DENIED.

                                    SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: June 3, 2021
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk's Office is respectfully directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

      Alonza I. Knowles
      2066 Morris Avenue
      Apt. 405
      Bronx, NY 10453

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/2021