```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/31/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALONZA I. KNOWLES,

                Plaintiff,

      - against -

ST. BARNABAS HOSPITAL, et al.,

                Defendants.
-------------------------------------------------------------X

21-CV-2569 (GHW) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court is in receipt of Plaintiff's letter dated and filed August 30, 2021 (Dkt. 51). To the extent relevant, the Court will consider Plaintiff's letter in ruling on Defendants' motions to dismiss. Plaintiff still has until **September 13, 2021** to file opposition to those motions. No further extensions will be granted. Plaintiff's request for default judgment is DENIED as Defendants are not in default, having timely filed motions to dismiss.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: August 31, 2021
        New York, New York

Copies transmitted this date to all counsel of record. The Clerk's Office is respectfully directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

Alonza I. Knowles
2066 Morris Avenue
Apt. 405
Bronx, NY 10453

1