USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALONZA I. KNOWLES,

                            Plaintiff,

        -against-

SAINT BARNABAS HOSPITAL, N&N
APARTMENTS, and CITY OF NEW YORK,

                          Defendants.
-----------------------------------------------------------------X

1:21-cv-2569-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      By order dated October 15, 2021, the Court granted Defendants' motion to dismiss and granted Plaintiff leave to amend his complaint "no later than thirty (30) days following the date of" the order. Dkt. No. 65. As of the date of this order, Plaintiff has not submitted an amended complaint. Accordingly, Mr. Knowles' complaint is dismissed without prejudice.

      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

      The Clerk of Court is directed to enter judgment for Defendants, terminate all pending motions, and close this case. The Clerk of Court is further directed to mail a copy of this order to Plaintiff and note service on the docket.

      SO ORDERED.

Dated: November 16, 2021
      New York, New York

                                                  GREGORY H. WOODS
                                                  United States District Judge