**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ALONZA I. KNOWLES,

|  |  |  |
|---|---|---|
| | Plaintiff, | 21 **CIVIL** 2569 (GHW) |
| -against- | | **JUDGMENT** |

SAINT BARNABAS HOSPITAL, N&N
APRTMENTS, and CITY OF NEW YORK,

                            Defendants.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons
stated in the Court's Order dated November 16, 2021, By order dated October 15, 2021, the Court
granted Defendants' motion to dismiss and granted Plaintiff leave to amend his complaint "no later
than thirty (30) days following the date of" the order. Dkt. No. 65. As of the date of this order,
Plaintiff has not submitted an amended complaint. Accordingly, Mr. Knowles' complaint is
dismissed without prejudice.

     The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order
would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of
an appeal. Judgment is entered for Defendants and this case is closed.


**Dated:** New York, New York
      November 17, 2021



                        **RUBY J. KRAJICK**
                         _____
                            **Clerk of Court**
BY:
                            **Deputy Clerk**